**COMMONWEALTH of Pennsylvania, Respondent**

v.

**David F. KELLY BEY, Petitioner**

**No. 26 MAL 2017**

Supreme Court of Pennsylvania.

May 23, 2017

## ORDER

PER CURIAM

AND NOW, this 23rd day of May, 2017, the Petition for Allowance of Appeal is **DENIED.**

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Robert Erin DEHART, Petitioner**

**No. 16 MAL 2017**

Supreme Court of Pennsylvania.

May 23, 2017

## ORDER

PER CURIAM

AND NOW, this 23rd day of May, 2017, the Petition for Allowance of Appeal is **DENIED.**

**Alisha SICILIANO, Cassie Staretz, Samantha Lynn Early and Justin Eck, Individually and on Behalf of all Similarly Situated Persons, Respondents**

v.

**Albert/Carol MUELLER t/a McDonalds; Albert and Carol Mueller Limited Partnerships; Albert Mueller, Individually; and Carol Mueller, Individually, Petitioners**

**No. 823 MAL 2016**

Supreme Court of Pennsylvania.

May 23, 2017

## ORDER

PER CURIAM

AND NOW, this 23rd day of May, 2017, the Petition for Allowance of Appeal is **DENIED.**